| | |
|---|---|
| 1 | DEBRA WONG YANG<br>United States Attorney |
| 2 | LEON W. WEIDMAN<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>SHARLA CERRA (CSB #187176) |
| 4 | Assistant United States Attorney |
| | Federal Building Suite 7516 |
| 5 | 300 North Los Angeles Street |
| | Los Angeles, California |
| 6 | Tel. 213 894-6117 |
| | FAX: 213 894-7819 |
| 7 | Email: Sharla.Cerra@usdoj.gov |
| 8 | Attorneys for Defendant Jo Anne B. Barnhart, |
| | Commissioner of Social Security |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| COLEEN HEMMINGER, | ) No. ED CV 05-1119 SH |
| Plaintiff, | ) |
| | ) **ORDER OF** |
| v. | ) **REMAND** |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation for Remand.

Dated: 7/6/06

_____/S/_____
STEPHEN      J.      HILLMAN
UNITED STATES MAGISTRATE JUDGE