1  DEBRA WONG YANG
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   SHARLA CERRA  (CSB #187176)
4  Assistant United States Attorney
        Federal Building Suite 7516
5       300 North Los Angeles Street
        Los Angeles, California
6       Tel. 213 894-6117
        FAX:  213 894-7819
7       Email:  Sharla.Cerra@usdoj.gov

8  Attorneys for Defendant Jo Anne B. Barnhart,
        Commissioner of Social Security

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| COLEEN HEMMINGER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | No. ED CV 05-1119 SH<br><br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: 7/6/06

　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　STEPHEN J. HILLMAN
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-